# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-16-5158-GF-JTJ |
| Plaintiff, | VIOLATION: 6027439 |
| vs. | Location Code: M13 |
| JOSEPH E. WHITE, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6027439 is DISMISSED.

DATED this 13th day of October, 2016.

_____
John Johnston
United States Magistrate Judge